UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ORDER TRANSFERRING CASES

Pursuant to the May 21, 2019 *General Order Assigning Civil and Criminal Actions*, General Order No. 19-10, the Court hereby **TRANSFERS** the following cases to U.S. District Judge J. Campbell Barker. This Order does not affect any existing referral orders in the transferred cases.

| | |
|---|---|
| 6:17-cv-00522-JDK-KNM | Jones, et al. v. MTGLQ Investors, L.P. |
| 6:18-cv-00080-JDK-KNM | Aishat v. U.S. Department of Homeland Security, et al. |
| 6:18-cv-00107-JDK-KNM | Bradley v. American Electric Power |
| 6:18-cv-00305-JDK | Mancill et al v. Wright Medical Technology, Inc. et al |
| 6:18-cv-00366-JDK-KNM | Lanier v. Oldcastle Lawn & Garden, Inc., et al. |
| 6:18-cv-00434-JDK-JDL | Hamilton West Condominium Owners Association Inc. v. Allied Property & Casualty Insurance Company |
| 6:18-cv-00448-JDK | Terral v. Walmart, Inc. |
| 6:18-cv-00486-JDK-KNM | Montgomery v. Kilgore College |
| 6:18-cv-00495-JDK | Holmes v. Texas College |
| 6:18-cv-00497-JDK-KNM | Laney, et al. v. Clements Fluids, Inc, et al. |
| 6:18-cv-00509-JDK-KNM | Turner, et al. v. The Home Depot, Inc., et al. |
| 6:18-cv-00550-JDK-KNM | Dawson Estate, et al. v. Warren, et al. |
| 6:18-cv-00599-JDK-KNM | Defoe v. Patterson |
| 6:18-cv-00601-JDK | Cuatro Rojos Land Properties, LLC v. Meridian Brick LLC |
| 6:18-cv-00652-JDK-KNM | Stephen v. Palestine Police Dept et al |
| 6:19-cv-00002-JDK | Dyslin v. Crutcher |
| 6:19-cv-00004-JDK-KNM | Hill v. Cerliano |
| 6:19-cv-00009-JDK-JDL | McCann v. Commissioner of Social Security |
| 6:19-cv-00021-JDK-KNM | Harris v. Gregg County |
| 6:19-cv-00023-JDK | Talton v. General Motors LLC |
| 6:19-cv-00024-JDK-KNM | Ivory v. Gregg County |
| 6:19-cv-00044-JDK-JDL | Thompson v. Gregg County Jail |
| 6:19-cv-00048-JDK-KNM | McCormick v. Castaloo et al |

1

| | |
|---|---|
| 6:19-cv-00053-JDK-JDL | Tyson & Billy Architects, PC v. Kingdom Perspectives G.P., Ltd. et al. |
| 6:19-cv-00064-JDK-KNM | Mumphrey v. Newbill |
| 6:19-cv-00065-JDK-KNM | York v. Henderson County Jail et al |
| 6:19-cv-00068-JDK-JDL | Jentzen v. Walmart Stores of Texas, LLC |
| 6:19-cv-00069-JDK | Newland et al v. Tristar Products, Inc. |
| 6:19-cv-00070-JDK-KNM | Garza v. Pizer |
| 6:19-cv-00074-JDK-JDL | Hernandez v. Palestine Police Dept et al |
| 6:19-cv-00080-JDK-JDL | Eldridge v. USA |
| 6:19-cv-00083-JDK-KNM | Skarsvog v. Commissioner of Social Security |
| 6:19-cv-00084-JDK-JDK | Thomas v. Longview Police Department Code Team |
| 6:19-cv-00087-JDK | Yerian v. Wal-Mart Stores Tex., LLC |
| 6:19-cv-00088-JDK-KNM | Alexander v. Smith County et al |
| 6:19-cv-00091-JDK-KNM | Ivory v. Jackson |
| 6:19-cv-00105-JDK-KNM | Joseph v. Hood et al |
| 6:19-cv-00110-JDK-JDL | Simmons v. Commissioner of Social Security |
| 6:19-cv-00111-JDK | Nichols v. White, et al. |
| 6:19-cv-00121-JDK-KNM | Covey v. Gregg County Facility |
| 6:19-cv-00122-JDK-JDL | Houston v. Gregg County Court |
| 6:19-cv-00124-JDK | Smith et al v. EPSI, Inc. |
| 6:19-cv-00125-JDK-KNM | Camacho v. Tyler Police Dept Unknown Employees |
| 6:19-cv-00133-JDK-JDL | Wireless Communications Mobile LLC v. ADT LLC |
| 6:19-cv-00134-JDK | Battee v. Trident Asset Management, LLC et al |
| 6:19-cv-00135-JDK-JDL | Wireless Communications Mobile LLC v. Century Link Communications LLC et al |
| 6:19-cv-00144-JDK | Williams v. Transfinancial Companies, Inc. et al |
| 6:19-cv-00145-JDK-JDL | Baker v. Commissioner, Social Security |
| 6:19-cv-00154-JDK-JDL | Roach v. Sheriff, Gregg County |
| 6:19-cv-00157-JDK | Velvin Oil Co., Inc. v. HDI Global Ins. Co. |
| 6:19-cv-00160-JDK-JDL | Dana v. General Motors LLC |
| 6:19-cv-00163-JDK-JDL | Wireless Communications Mobile LLC v. Vivint, Inc. |
| 6:19-cv-00164-JDK | S3G Technology LLC v. Asset Panda LLC |
| 6:19-cv-00169-JDK | Mid-Continent Casualty Co. v. KBL Restoration, LLC |
| 6:19-cv-00170-JDK-KNM | Pelloat v. Bolenbaucher |
| 6:19-cv-00173-JDK-KNM | Lunceford et al v. Liveyon, LLC |
| 6:19-cv-00174-JDK | Sistrunk v. Trombley |
| 6:19-cv-00176-JDK-JDL | Brown v. Gregg County Jail |

| | |
|---|---|
| 6:19-cv-00179-JDK | England v. O'Reilly Auto Enterprises, LLC d/b/a O'Reilly Auto Parts et al |
| 6:19-cv-00182-JDK-KNM | Welch v. Commissioner, Social Security |
| 6:19-cv-00183-JDK-KNM | Mumphrey v. Holmes |
| 6:19-cv-00188-JDK-JDL | Pleasant Retreat United Methodist Church v. Church Mutual Insurance Co. |
| 6:19-cv-00191-JDK-KNM | Gage v. USA |
| 6:19-cv-00199-JDK | Sanders v. Niagara Restitution Services, Inc. et al |
| 6:19-cv-00205-JDK-JDL | Johnson v. Ryan C. Hoerauf, Inc. d/b/a O'Ryan Oil & Gas et al |
| 6:19-cv-00209-JDK-KNM | McClure v. McAndrew |
| 6:19-cv-00210-JDK-JDL | Kitchings v. United Revenue Corporation et al |
| 6:19-cv-00211-JDK | Coker v. Stonewater Roofing, Ltd. Co. |
| 6:19-cv-00220-JDK-KNM | Ortiz v. United States of America |

So **ORDERED** and **SIGNED** this **28th** day of **June, 2019.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE